In the Matter of the Appointment of a Committee of the Person and Property of HARRIET SCHERMERHORN, an Alleged Incompetent, Respondent. CARMEL T. BASILE, Appellant; CHRISTINE T. POWER et al., Respondents.

Argued January 17, 1951; decided March 8, 1951.

*Paul O'Dwyer* and *Fred G. Moritt* for appellant.

*Vermont Hatch, Joseph M. Hartfield, J. Adam Murphy* and *David Hartfield, Jr.,* for Harriet P. Schermerhorn, respondent.

*Thomas I. Sheridan* for Christine T. Power, respondent.

*John F. Nixon* for Frances L. Wierdsma, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.